```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

MICROSOFT CORPORATION,           )
                                 )
            Plaintiff,           )
                                 )
     v.                          )   No. 12 C 1113
                                 )
GEARXS, INC., et al.,            )
                                 )
            Defendants.          )

<u>MEMORANDUM ORDER</u>

Defendants have filed their Answer to the First Amended Complaint ("FAC") brought against them by Microsoft Corporation ("Microsoft"). Although this Court has made no effort to treat with that responsive pleading in any detail (that after all is Microsoft's responsibility), it has noted the inexplicable departure of Answer ¶¶10, 15, 17, 22 and 44 from the plain roadmap marked out by Fed. R. Civ. P. 8(b)(5)--see App'x ¶1 to <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001). Accordingly those paragraphs of the Answer are stricken, with leave however granted to file properly amended versions of those paragraphs on or before May 31, 2012.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date: May 22, 2012