IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICROSOFT CORPORATION,          )
                                )
            Plaintiff,          )
                                )
     v.                         )      No.  12 C 1113
                                )
GEARXS, INC., et al.,           )
                                )
            Defendants.         )

MEMORANDUM ORDER

Defendants have filed their Answer to the First Amended

Complaint ("FAC") brought against them by Microsoft Corporation

("Microsoft").  Although this Court has made no effort to treat

with that responsive pleading in any detail (that after all is

Microsoft's responsibility), it has noted the inexplicable

departure of Answer ¶¶10, 15, 17, 22 and 44 from the plain

roadmap marked out by Fed. R. Civ. P. 8(b)(5)--see App'x ¶1 to

State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278

(N.D. Ill. 2001).  Accordingly those paragraphs of the Answer are

stricken, with leave however granted to file properly amended

versions of those paragraphs on or before May 31, 2012.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 22, 2012